UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BOBBIE TOWNSEND,

        Defendant.
_____/

Case No. 17-20216
Honorable Linda V. Parker

**ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE (ECF No. 134)**

This matter comes before the Court on Defendant Bobbie Townsend's motion to amend supervised release conditions. (ECF No. 134.) Specifically, Mr. Townsend seeks permission from the Court to use marijuana edibles to manage chronic pain resulting from his prostate cancer treatments. After reviewing the motion, the Court conferred with Defendant's probation officer who provided additional documentation from Defendant's treating physician. As a result, the Court finds this modification to be both appropriate and in Defendant's best interest.

Accordingly,

**IT IS HEREBY ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the probation department shall submit

the necessary paperwork to effect the change in Mr. Townsend's supervised release conditions.

**SO ORDERED.**

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: December 5, 2025